IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

APRIL J. PAPEN,

      Plaintiff,

v.

Commissioner of Social Security,

      Defendant.

Civ. No. 06-1663-HO

JUDGMENT

The decision of the Commissioner is affirmed.

DATED this 3rd day of July 2008.

_____
United States District Judge